

NUMBER 13-05-593-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TROPICS HOTEL, LTD.,**                                     **APPELLANT,**

v.

**MSCI 1998-CFI McALLEN LODGING LIMITED
PARTNERSHIP,**                                     **APPELLEE.**

---

### On Appeal from the 370th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on December 29, 2005, due to the bankruptcy

of one of the parties on appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. On

February 21, 2007, the Court notified the parties that the appeal would be reinstated upon

the filing of a proper motion to reinstate. The parties failed to file a motion to reinstate.

On April 17, 2008, this Court ordered the parties to file an advisory within fourteen days regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The Court notified the parties that failure to respond to this order would result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). The parties failed to respond to this directive. On May 12, 2008, the Court reinstated the appeal.

The Court, having fully examined and considered the documents on file and the parties' failure to respond to this Court's notices and directives, is of the opinion that the appeal should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution. *See id.*

PER CURIAM

———

Memorandum Opinion delivered and filed this
the 5th day of June, 2008.